**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

IN RE SEALED INDICTMENT : SEALED AFFIRMATION
AND COMPLAINT. AND APPLICATION

: 13 Cr. 41
12 Mag. 2984

- - - - - - - - - - - - - - - - - -X

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

13 CRIM 041

SARAH Y. LAI, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the office of PREET BHARARA, United States Attorney for the Southern District of New York. I make this Affirmation and Application, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, for an order to unseal Indictment 13 Cr. 41 (the "Indictment") and the underlying Complaint 12 Mag. 2984 (the "Complaint"), beginning on January 23, 2013, at 9:00 a.m.

2. I am the Assistant United States Attorney in charge of the case of United States v. Mihai Ionut Paunescu, 13 Cr. 41. This sealed Indictment, as well as the underlying sealed Complaint, charge Mihai Ionut Paunescu ("Paunescu" or the "defendant") with one count of computer intrusion conspiracy, in violation of Title 18, United States Code, Section 1030(b); one count of bank fraud conspiracy, in violation of Title 18, United States Code, Section 1349; and one count of wire fraud

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/13

conspiracy, in violation of Title 18, United States Code, Section 1349.

3. Indictment 13 Cr. 41 was returned by the Grand Jury and filed under seal on January 17, 2013. Complaint 12 Mag. 2984 was filed under seal on November 19, 2012, together with an arrest warrant for the defendant, who is a Romanian national residing in Romania. The Complaint and arrest warrant were previously unsealed for the limited purpose of making copies to share with Romanian authorities, including as attachments to provisional arrest and extradition requests. On or about November 27, 2012, Paunescu was arrested in Romania. He is currently in Romanian custody pending extradition.

4. The Government now respectfully requests that Indictment 13 Cr. 41, Complaint 12 Mag. 2984, and the corresponding arrest warrant be unsealed for all purposes. We further ask that the unsealing be made effective beginning on January 23, 2013, at 9:00 a.m.

WHEREFORE, it is respectfully requested that the Court grant this Application for an Order unsealing the Indictment docketed as 13 Cr. 41, the Complaint docketed as 12 Mag. 2984,

and the corresponding arrest warrant as of January 23, 2013, at 9:00 a.m.

The foregoing is hereby affirmed under penalty of perjury.

Dated: New York, New York
       January 22, 2013

SARAH Y. LAI
Assistant United States Attorney
Tel. (212) 637-1944

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SEALED INDICTMENT AND COMPLAINT

SEALED AFFIRMATION AND APPLICATION

PREET BHARARA
United States Attorney.