UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
: <u>ORDER</u>
IN RE SEALED ARREST WARRANT :
:
: 13 Cr. 41
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney SARAH LAI, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, indicating that the Arrest Warrant that was docketed under 13 Cr. 41 (Dkt #10) is useful and necessary to a federal prosecution,

IT IS HEREBY ORDERED that Arrest Warrant 13 Cr. 41 and this Order be unsealed for all purposes.

Dated: New York, New York
       July 21, 2021

*Katharine H Parker*

_____
HONORABLE KATHARINE H. PARKER
United States Magistrate Judge
Southern District Of New York