```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    UNITED STATES OF AMERICA,                               :
                                                            :
                                                            :      13 Cr. 41 (LGS)
                          -against-                         :
                                                            :           ORDER
    MIHAI IONUT PAUNESCU,                                   :
                                       Defendant.           :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated July 12, 2022, directed the parties to file a joint status letter by July 22, 2022.  It is hereby,

**ORDERED** that the parties shall file the status letter as soon as possible but no later than **July 29, 2022**.

Dated: July 26, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**