

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 26, 2022

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      RE:  United States v. Mihai Ionut Paunescu
            13 Cr. 41 (LGS)

Dear Judge Schofield:

      The Government respectfully submits this letter to request that the time from today to July 29, 2022, inclusive, be excluded from the running of the Speedy Trial Act clock, pursuant to 18 U.S.C. § 3161(h)(7)(A). This request is made in order to allow the Government to begin to produce discovery; the defense to review discovery and decide what motions, if any, to make; and the parties to discuss a potential disposition of this case. I have conferred with Mr. Ian Marcus Amelkin, Esq., counsel to the defendant, and he has no objection to this request.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney

by: _____
      Sarah Lai
      Assistant United States Attorney
      (212) 637-1944

Application Granted. The Court finds that the ends of justice served by excluding the time between today and July 29 2022, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because, the exclusion would give Defendant time to review discovery and would allow the parties to engage in discussions regarding a potential disposition of this matter. The time between today and July 29, 2022, is hereby excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 21.

Dated: July 28, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**