UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
                                                            :       13 Cr. 41 (LGS)
        -against-                                           :
                                                            :       SCHEDULING ORDER
MIHAI IONUT PAUNESCU,                                       :
                                    Defendant,              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS a status conference was held on October 3, 2022.  It is hereby

   **ORDERED** that Defendant's motion(s), if any, shall be filed by **January 9, 2023**.  The Government's response, if any, shall be filed by **January 23, 2023**.  Defendants' reply, if any, shall be filed by **January 30, 2023**.  It is further

   **ORDERED** that the parties shall appear for a status conference on **February 6, 2023, at 10:30 a.m**.  It is further

   **ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between October 3, 2022, and February 6, 2023, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A).  The time between October 3, 2022, and February 6, 2023, is hereby excluded.

Dated: October 7, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE