UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                 :
UNITED STATES OF AMERICA,            :
                                                 :
                                                 :            13 Cr. 41 (LGS)
                       -against-                 :
                                                 :           <u>SCHEDULING ORDER</u>
MIHAI IONUT PAUNESCU,               :
                                   Defendant,   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that Defendant Mihai Ionut Paunescu's sentencing hearing shall be held on **June 12, 2023**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **May 22, 2023**. The Government's pre-sentencing submission, if any, shall be filed by **May 25, 2023.**

Dated: February 27, 2023
           New York, New York

                                                       LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE