UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                             :

UNITED STATES OF AMERICA         :         **ORDER ACCEPTING**
                                             :         **PLEA ALLOCUTION**
        -v.-                               :
                                             :
MIHAI IONUT PAUNESCU,          :         **13 Cr. 41 (LGS)**
                                           :
                 Defendant.     :
                                           :
------------------------------------X

       WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on February 24, 2023;

       WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

DATED:  New York, New York
              March 9, 2023

                                                LORNA G. SCHOFIELD
                                               **UNITED STATES DISTRICT JUDGE**