```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
                                    :
UNITED STATES OF AMERICA            :
                                    :     CONSENT PRELIMINARY ORDER
            - v. -                  :     OF FORFEITURE/
                                    :     MONEY JUDGMENT
MIHAI IONUT PAUNESCU,               :
     a/k/a "Virus,"                 :     13 Cr. 41 (LGS)
                                    :
            Defendant.              :
----------------------------------- x
```

WHEREAS, on or about January 17, 2013, MIHAI IONUT PAUNESCU (the "Defendant"), among others, was charged in a three-count Indictment, 13 Cr. 41 (LGS) (the "Indictment"), with conspiracy to commit computer intrusion, in violation of Title 18, United States Code, Section 1030(b) (Count One); conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349 (Count Two); and conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349 (Count Three);

WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States pursuant to Title 18, United States Code, Section 982(a)(2)(B), of any property, constituted or derived from, proceeds obtained by the Defendant directly or indirectly as a result of the offense charged in Count One of the Indictment;

WHEREAS, on or about February 24, 2023, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit, pursuant to Title 18, United States Code, Section 982(a)(2)(B), a sum of money equal to $3,510,000, in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $3,510,000 in United States currency, representing proceeds traceable to the commission of offense charged in Count One of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in charged in Count One of the Indictment that the Defendant personally obtained, cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Sarah Lai, of counsel, and the Defendant and his counsel, Ian Marcus Amelkin, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $3,510,000 in United States currency (the "Money Judgment"), representing the proceeds that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant MIHAI IONUT PAUNESCU, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money

[THE REMAINDER OF THIS PAGE IS LEFT INTENTIONALLY BLANK.]

Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          2/24/2023
SARAH Y. LAI                                                    DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-1944


MIHAI IONUT PAUNESCU

By: PAUNESCU MIHAI                                   2/24/23
MIHAI IONUT PAUNESCU                             DATE

By: _____          2/24/23
IAN MARCUS AMELKIN, ESQ.                     DATE
CLAY KAMINSKY, ESQ.
Attorneys for Defendant
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, New York 10007


SO ORDERED:

_____              June 13, 2023
LORNA G. SCHOFIELD                                  DATE
**UNITED STATES DISTRICT JUDGE**